## IN THE MATTER OF OTONICAR.

(SUPREME COURT DISCIPLINARY NO. 40)

PER CURIAM.

The findings of the State Disciplinary Board that the respondent wilfully misrepresented the status of a claim he had been employed to pursue violated Standard 4 of State Bar Rule 4-102, and disregarded a legal matter entrusted to him violated Standard 44 of State Bar Rule 4-102, are affirmed.

In accordance with the recommendation of the State Disciplinary Board, it is ordered that the respondent receive a public reprimand before the Superior Court of

Fulton County.
*All the Justices concur.*

DECIDED NOVEMBER 7, 1979.

*Richard Otonicar, pro se.*
*Omer W. Franklin, Jr., General Counsel State Bar, James E. Spence, Jr., Assistant General Counsel State Bar, Robert H. Davis, Assistant General Counsel State Bar,* for State Bar of Georgia.

